IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE JACKSON, R31861, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 14-cv-00511-JPG-PMF |
| DOWDY, *et al*., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 28) of Magistrate Judge Philip M. Frazier with regard to Plaintiff's Motion (Doc. 22) for Leave to File an Amended Complaint.  The Plaintiff did not file any objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id*.  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report and has reviewed the entire file.  The Court finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 28) and **GRANTS** Plaintiff's Motion (Doc. 22) for Leave to File an Amended Complaint and **DENIES** reinstatement of Count I.

Counts 2 and 3 will proceed as indicated in the R & R and Kitchen Supervisors Mueller and Parks are added as defendants. The Clerk of Court is **DIRECTED** to file Plaintiff's Amended Complaint with service in accordance with this Court's Order of July 1, 2014 (Doc. 10).

 IT IS SO ORDERED.

DATED:  11/25/2014

                                                  s/J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**